# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM EDWARD ORTEGA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL P. SANTOMASSIMO;<br>WELLS FARGO BANK, N.A.,<br><br>                              Defendants. | Case No.: 22cv1795-GPC(DDL)<br><br>**JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

On November 16, 2022, Barbara-Susan, as next friend to Plaintiff Tim Edward Ortega, signed and filed a "petition for declaratory judgment and record." (Dkt. No. 1.) Plaintiff did not sign the complaint. (*See id.*) Because a non-attorney has no authority to appear as an attorney for others, even with a power of attorney, on January 23, 2023, the Court *sua sponte* dismissed the complaint with leave to file an amended complaint signed by Plaintiff on or before February 17, 2023. (Dkt. No. 14.) The Court warned that if an amended complaint is not filed by the deadline, the Court will dismiss the action with prejudice. (*Id.*) Because more than 30 days have passed, and Plaintiff, himself, has not signed and filed an amended complaint, the Court DISMISSES the action with prejudice

for lack of prosecution and failure to comply with a court order.[1] *See Lynch v. City of Alhambra*, 880 F.2d 1122, 1124 (9th Cir. 1989) (following dismissal without prejudice of complaint, the plaintiff's failure to cure the deficiencies of the complaint within the period provided by the district court converted the dismissal into a final, appealable with-prejudice dismissal); *Ferguson v. Pagati*, No. CV 12–00653–VBF–DTB, 2013 WL 3989426, at *2 (C.D. Cal. Aug. 1, 2013) ("If plaintiff fails timely to file a second amended complaint, the dismissal will be converted to a with-prejudice dismissal due to lack of prosecution and failure to comply with court order.").

IT IS SO ORDERED.

Dated:  March 23, 2023

Hon. Gonzalo P. Curiel
United States District Judge

cc:

Tim Edward Ortega
11718 SE Federal Highway, #435
Hobe Sound, FL 33455

---

[1] The Court notes that Barbara-Susan has attempted to make two filings entitled "Petition for Declaratory Judgment and Record" and "Petition to Preserve Evidence" which have been rejected by discrepancy orders because she is not a party to the case and the filings are missing the signature of Plaintiff Tim Ortega.  (*See* Dkt. Nos. 20, 23.)